## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Eastern District of Virginia

Case Number: 2:25CV581

Plaintiff:
**Shavonne Mosley**

vs.

Defendant:
**Spring Oaks Capital SPV, LLC et al**

Received by Hester Process Service, Inc. to be served on **Halsted Financial Services, LLC; CORPORATION SERVICE COMPANY, 100 Shockoe Slip, 2nd Floor, Richmond, VA 23219**.

I, David M. Hester, Jr., being duly sworn, depose and say that on the **8th day of October, 2025 at 2:02 pm,** I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in a Civil Action, Civil Cover Sheet and Complaint** with the date and hour of service endorsed thereon by me, to: **Rene Nordquist, Designated Employee** at the address of: **100 Shockoe Slip, 2nd Floor, Richmond, VA 23219**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, not a party to the above-named action, nor otherwise interested in the subject matter in controversy.

Subscribed and sworn to before me on the 25th day of November, 2025 by the affiant who is personally known to me.

_____
Notary public

**David M. Hester, Jr.**
Process Server

Hester Process Service, Inc.
P.O. Box 37128
N. Chesterfield, VA 23234
(804) 271-0298

Our Job Serial Number: HTR-2025009383

Commonwealth of Virginia
County of Chesterfield
My Commission Expires 11/30/2028



Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a



# CERTIFICATE
# OF
# CORPORATION SERVICE COMPANY

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1. It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2. (a) It maintains a business office in the Commonwealth of Virginia at 100 Shockoe Slip, 2nd Floor, Richmond, VA 23219.

   (b) Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

   (c) The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

   Beverley L. Crump        Rene Nordquist
   Dustin Kline             Sarah White
   Katelyn VanBuren

**WHEREFORE**, Corporation Service Company has caused its corporate name to be hereunto subscribed this 22nd day of October 2024.

CORPORATION SERVICE COMPANY

By: _____
    Executive Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 22nd day of October 2024, by George Massih

My Commission Expires: 5-18-2026

Notary Public
JANET B. WOZNICKI
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires 05-18-2026

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Eastern District of Virginia

Case Number: 2:25CV581

Plaintiff:
**Shavonne Mosley**

vs.

Defendant:
**Spring Oaks Capital SPV, LLC et al**

Received by Hester Process Service, Inc. to be served on **Spring Oaks Capital SPV, LLC; CORPORATION SERVICE COMPANY, 100 Shockoe Slip, 2nd Floor, Richmond, VA 23219.**

I, David M. Hester, Jr., being duly sworn, depose and say that on the 8th day of October, 2025 at 2:02 pm, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in a Civil Action, Civil Cover Sheet and Complaint** with the date and hour of service endorsed thereon by me, to: **Rene Nordquist, Designated Employee** at the address of: **100 Shockoe Slip, 2nd Floor, Richmond, VA 23219**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, not a party to the above-named action, nor otherwise interested in the subject matter in controversy.

Subscribed and sworn to before me on the 25th day of November, 2025 by the affiant who is personally known to me.

_____
Notary public

David M. Hester, Jr.
Process Server

Hester Process Service, Inc.
P.O. Box 37128
N. Chesterfield, VA 23234
(804) 271-0298

Our Job Serial Number: HTR-2025009382

Commonwealth of Virginia
County of Chesterfield
My Commission Expires 11/30/2028



CERTIFICATE
OF
CORPORATION SERVICE COMPANY

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1. It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2. (a) It maintains a business office in the Commonwealth of Virginia at 100 Shockoe Slip, 2nd Floor, Richmond, VA 23219.

   (b) Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

   (c) The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

   Beverley L. Crump         Rene Nordquist
   Dustin Kline              Sarah White
   Katelyn VanBuren

**WHEREFORE**, Corporation Service Company has caused its corporate name to be hereunto subscribed this 22nd day of October 2024.

CORPORATION SERVICE COMPANY

By: _____
Executive Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 22nd day of October 2024, by George Massih

My Commission Expires: 5-18-2026

Janet B Woznicki
Notary Public
JANET B. WOZNICKI
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires 05-18-2026

Shavonne Mosley
652 Lake Shore Dr.
Portsmouth, VA 23701

HOUSTON TX RPDC 773
26 NOV 2025 PM 2 L

U.S. MARSHAL
INSPECTED

Clerk of Court
United States Courthouse
600 Granby Street  Room 193B
Norfolk, VA 23510

23510-191532